UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TORI EDWARD, et al.,

                       Plaintiffs,

-v-

BRIAN FISCHER et al.,,

                       Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/09
```

No. 09 Civ. 6922 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

     The parties are HEREBY ORDERED to appear for a status conference on Monday, October 19, 2009, at 3:30 p.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

     IT IS FURTHER HEREBY ORDERED THAT, by Friday, October 9, 2009, at 4:00 p.m., the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1)   A brief statement of the nature of the action and the principal defenses thereto;

(2)   A brief explanation of why jurisdiction and venue lie in this Court;

(3)   A brief description of all outstanding motions and/or outstanding requests to file motions;

(4)   A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5)   A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6)   The estimated length of trial; and

(7)   Any other information that you believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by Friday, October 9, 2009, at 4:00 p.m., the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

The status letter and the proposed case management plan should be emailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

Plaintiff is ordered to serve Defendant with a copy of this order, and file a certificate of service on ECF indicating that this service was effectuated. Defendant shall thereafter file a proper notice of appearance through ECF.

SO ORDERED.

Dated:   September 21, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE